IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00776-BNB

CHARLES W. WIMBERLY,

    Applicant,

v.

WARDEN GUTIERREZ, Victorville Medium,

    Respondent.

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

Applicant has filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and a Request to Proceed In Forma Pauperis. The Request will be granted. Accordingly, it is

ORDERED that the Request to Proceed In Forma Pauperis, filed on April 18, 2013, is granted.

DATED April 19, 2013, at Denver, Colorado.

                                    BY THE COURT:

                                    s/Boyd N. Boland
                                    United States Magistrate Judge